IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01491-BNB

EDUARDO LUCERO,

    Plaintiff,

v.

PRESIDENT BARACK OBAMA, In his Capacity as the Commander in Chief of the
    Armed Forces of the United States, and
THE UNITED STATES DEPARTMENT OF THE ARMY,

    Defendants.

---

ORDER TO TRANSFER

---

On June 26, 2014, Magistrate Judge Boyd N. Boland directed Plaintiff to respond and show cause why this action should not be transferred to the United States Court of Federal Claims and if not transferred dismissed as time-barred. Magistrate Judge Boland further ordered that if Plaintiff failed to respond within thirty days the Complaint and action would be transferred to the Court of Federal Claims. Plaintiff now has failed to respond within the time allowed. Accordingly, it is

ORDERED that this action shall be transferred to the United States Court of Federal Claims, Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20439 pursuant to 28 U.S.C. § 1406(a).

DATED at Denver, Colorado, this  12th  day of   August  , 2014.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK, Senior Judge
                United States District Court